IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MIGUEL GONZALEZ : CIVIL ACTION
:
    v. :
:
COMMONWEALTH OF PENNSYLVANIA, :
et al. : NO. 10-7176

ORDER

AND NOW, this 13th day of May, 2011, upon careful and independent consideration of the Petition for Writ of Habeas Corpus (Docket No. 1), and after review of the Report and Recommendation of United States Magistrate Judge Carol Sandra Moore Wells (Docket No. 5), IT IS HEREBY ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED;

2. The Petition for Writ of Habeas Corpus is TRANSFERRED to the United States District Court for the Middle District of Pennsylvania.

BY THE COURT:

/s/ Mary A. McLaughlin
MARY A. McLAUGHLIN, J.